# Court of Appeals, State of Michigan

## ORDER

TSP Services Inc v National-Standard LLC

Docket No.    342530

LC No.    2016-000018-CB

Brock A. Swartzle
Presiding Judge

Elizabeth L. Gleicher

Michael J. Kelly
Judges

The Court orders that the September 10, 2019 opinion is hereby VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

SEP 1 7 2019

Date

Chief Clerk